**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6049**

---

EDWARD JAMES EGAN, SR.,

Plaintiff - Appellant,

versus

DAVID ROBINSON, Warden; COUNSELOR CARUSO; GENE
JOHNSON; DOCTOR THOMPSON; COUNSELOR DREWERY;
PAGE TRUE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:06-cv-00338-GEC)

---

Submitted:  May 31, 2007               Decided:  June 6, 2007

---

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

Edward James Egan, Sr., Appellant Pro Se.  Richard Carson Vorhis,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Susan A. Waddell, GUYNN, MEMMER & DILLON, PC, Roanoke, Virginia,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward James Egan, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we modify the dismissal of the action to be without prejudice and affirm as modified for the reasons stated by the district court. Egan v. Robinson, No. 7:06-cv-00338-GEC (W.D. Va. Dec. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED